ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 AUG 22 PM 4: 14

SO. \_\_\_\_\_ GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOHN OLIVER MANGO, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 305-109 |
| RALPH KEMP, et al., | ) | |
| Defendants. | ) | |

# ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED** and this civil action is **DISMISSED** without prejudice.

SO ORDERED this 22rd day of August, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## *Southern District of Georgia*

John Oliver Mango )

vs ) CASE NUMBER CV305-109

Ralph Kemp ) DIVISION DUBLIN

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/22/05, which is part of the official record of this case.

Date of Mailing: 8/22/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: WPrescott
Deputy Clerk

**Name and Address**

John Oliver Mango 427968 Wheeler Correctional Facility P.O. Box 466 Alamo, Ga. 30411

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate